IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| Appellee,   : | |
| : | |
| v.   : | No. 12-4813 |
| : | |
| THOMAS MARSHALL BYRD,   : | |
| Appellant.   : | |

**JOINT MOTION FOR REMAND TO DISTRICT COURT FOR RE-SENTENCING**

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and files this Joint Motion for Remand to District Court for Re-sentencing, stating the following:

The Appellant's brief was filed on or about February 28, 2013. The Appellee's brief is due on March 25, 2013. After full and complete consideration of the issue presented in the Brief of the Appellant, the government requests that this matter be remanded to the District Court for re-sentencing.

Defendant Byrd ("defendant") was sentenced on September 11, 2012. Defendant Byrd should have received the benefit of the Fair Sentencing Act's revised statutory mandatory minimums as they applied to the Career Offender calculation in this case based on <u>Dorsey v. United States</u>, 132 S. Ct. 2321 (2012). The undersigned has conferred with Mark A. Jones, attorney for Appellant, who joins in this motion to remand this case. In light of its agreement to remand on this issue, the United States

does not now seek to dismiss due to the appeal waiver contained in the defendant's plea agreement.  Therefore, the government moves the Court for an order remanding this case to the lower court for re-sentencing.

WHEREFORE, the government and defendant jointly move that the case be remanded to the district court for re-sentencing.

This the 25th day of March, 2013.

                                      RIPLEY RAND
                                      UNITED STATES ATTORNEY

                                      /S/ RANDALL S. GALYON
                                      Assistant United States Attorney
                                      NCSB #23119
                                      United States Attorney's Office
                                      Middle District of North Carolina
                                      P. O. Box 1858
                                      Greensboro, NC  27402
                                      Phone:  336/333-5351
                                      E-mail: Randall.Galyon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    The undersigned hereby certifies that on March 25, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Mark A. Jones, Esquire.

                                        /S/ RANDALL S. GALYON
                                        Assistant United States Attorney
                                        NCSB #23119
                                        United States Attorney's Office
                                        Middle District of North Carolina
                                        P. O. Box 1858
                                        Greensboro, NC  27402
                                        Phone:  336/333-5351
                                        E-mail: Randall.Galyon@usdoj.gov